IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER MEEKER,

    Petitioner,   JUDGMENT IN A CIVIL CASE

  v.   Case No. 16-cv-472-jdp

UNITED STATES OF AMERICA,

    Respondent.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Peter Meeker denying petitioner's motion for post conviction relief under 28 U.S.C. § 2255.

| s/V. Olmo, Deputy Clerk | 12/21/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |